IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V | § § | NO: 7:11-CR-012-O |
| TONIA DENISE CHAPA | § | |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

**TONIA DENISE CHAPA**, by consent, under authority of <u>United States v. Dees</u>, 125 F.3d 261 (5th Cir. 1997), has appeared before me pursuant to Fed. R. Crim. P. 11, and has entered a plea of guilty to **Count 1 and Count 22 of the Indictment**. After cautioning and examining **TONIA DENISE CHAPA** under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty pleas to each count were knowledgeable and voluntary and that the offenses charged are supported by an independent basis in fact containing each of the essential elements of each offense. I therefore recommend that the pleas of guilty to each count be accepted and that **TONIA DENISE CHAPA** be adjudged guilty and have sentence imposed accordingly.

Date:   October 20, 2011

_____
UNITED STATES MAGISTRATE JUDGE

## NOTICE

Failure to file written objections to this Report and Recommendation within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).